UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-80827-CV-Middlebrooks

BEVERLEY COLEMAN,

        Plaintiff,

v.

EXPERT CARE NURSING REGISTRY, INC.,
MICHELLE A. GREY,

        Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE comes before the Court on the Court's Order Granting Plaintiff's Motion for Default Judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. Final judgment is entered in favor of Plaintiff Beverley Coleman and against Defendant Expert Care Nursing Registry, Inc. for violations of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201, *et seq*.

2. Defendant Expert Care is ordered to pay Plaintiff the amount of **$3,663.50**, which includes:

    (a) $456.75 in unpaid wages and $456.75 in liquidated damages to Plaintiff Beverley Coleman;

    (b) $2,220.00 in reasonable attorneys' fees and $530.00 in costs incurred in pursuing this action.

**IT IS FURTHER ORDERED** that this judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, *et seq*., 28 U.S.C. §§ 3001-3307, and Rule 69(a) of the Federal Rules of Civil Procedure.

**SIGNED** in Chambers at West Palm Beach, Florida this 22 day of January, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record